UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

LORALEE R. GLASER,

       Plaintiff,

       v.                                            Case No. 16-C-0221

NANCY A. BERRYHIL,
Acting Commissioner of Social Security,

       Defendant.

---

ORDER APPROVING STIPULATION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412

IT IS ORDERED that the stipulation for an award of $6,000.00 for attorney's fees (Doc. 30) is approved. These amounts constitute full satisfaction and settlement of any and all claims plaintiff may have in this matter pursuant to the EAJA. These fees are awarded to plaintiff and not her attorney, and can be offset to satisfy any pre-existing debt that the litigant owes the United States under *Astrue.v. Ratliff*, 130 S. Ct. 2521, 277 L. Ed. 2d 9 (2010). If counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant will direct that the award be made payable to plaintiff's attorney pursuant to the EAJA assignment duly signed by plaintiff and counsel.

IT IS FURTHER ORDERED that plaintiff's motion for attorney's fees (Doc.26) is denied as moot based on the stipulation.

Dated at Milwaukee, Wisconsin, this 24th day of February, 2017.

                                                   BY THE COURT

                                                   /s/ C. N. Clevert, Jr.
                                                   C. N. CLEVERT, JR.
                                                   U.S. DISTRICT JUDGE